Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH CALLAHAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>DAL GLOBAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:15-CV-01919-JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL<br><br>[PROPOSED] |

(Dkt. #21)

Based upon the stipulation of dismissal filed by the parties, the Court hereby ORDERS that all claims asserted by Plaintiff are dismissed with prejudice and without award of costs or fees to any party.

Dated this 28th of March 2017.

_____
Judge James L. Robart
United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR ORDER OF
DISMISSAL (No. 2:15-cv-01919-JLR) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Presented by:

| | |
|---|---|
| FRIEDMAN | RUBIN<br>Attorneys for Plaintiff | MILLS MEYERS SWARTLING P.S.<br>Attorneys for DAL Global Services, LLC |
| By:/s/Alisa Brodkowtiz<br>3/28/2017 E-mail Authority<br>Alisa Brodkowitz<br>WSBA No. 31749<br>Friedman Rubin<br>81 Vine Street, Suite 202<br>Seattle, WA 98121<br>Telephone: 206-838-7531<br>Fax: 206-838-7532<br>Email: alias@friedmanrubin.com | By: /s/Caryn Geraghty Jorgensen<br>Caryn Geraghty Jorgensen<br>WSBA No. 27514<br>John Fetters<br>WSBA No. 40800<br>Mills Meyers Swartling<br>1000 Second Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: 206-382-1000<br>Fax: 206-386-7343<br>Email: cjorgensen@millsmeyers.com<br>jfetters@millsmeyers.com |

FRIEDMAN RUBIN
Attorneys for Plaintiff

Sean J. Gamble
WSBA No. 41733
Friedman Rubin
51 University Street, Suite 201
Seattle, WA 98101
Telephone: 206-501-4446
Fax: 206-623-0794

ORDER GRANTING STIPULATED MOTION FOR ORDER OF
DISMISSAL (No. 2:15-cv-01919-JLR) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343